# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Michael Edward Equels

          V.                             **JUDGMENT IN A CIVIL CASE**

State of California

                                          CASE NUMBER:   07cv2074 J (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court dismisses this action without prejudice.

| December 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON December 14, 2007

07cv2074 J (RBB)