01  Michael Edward Equels  J-25307
    P.O. Box 409040   B-10-164-Low
02  Ione, Ca. 95640-9040

03  In Propria Persona
    In Forma Pauperis
04
    ORIGINAL
05                    United States District Court
       In and For The Southern District of California
06
                                                    NUNC PRO TUNC
07                                                    DEC 2 6 2007

08  Michael Edward Equels,           <
                        Petitioner,  <   Case Number: 07CV2074 J (RBB)
09                                   <
                   VS                <   Notice Of Error and Motion For
10                                   <          Reconsideration
    State of California, et al.,     <
11                     Respondants.  <

12

13      Petitioner hereby formally requests this Honorable Court to take direct

14  notice and judicial notice of the following facts which have created a manifest

15  error which must be corrected.

16              1) Petitioner did file a petition for writ of habeas corpus
                   challenging his June 16, 1994 conviction in San Diego
17                 Superior Court as case number SCN143084 under the follow-
                   ing grounds: IAC Ineffective Assistance of Trial Counsel,
18                 Official Overreaching of Trial Judge, and a Procedural
                   Error that occured when Petitioner refuted the evidence
19                 offered by the presentencing psycologist as to statements
                   attributed to the Defendant which he did not say.
20
                2) Those claims were exhausted through the continued filing
21                 of the issues in each court under various case numbers
                   ending in July of 2000.
22
                3) The U.S. Supreme Court decided the Cunningham V California
23                 case on January 22, 2007, seven (7) full years after the
                   Petitioner's direct appeal and direct habeas timelines
24                 had ended.

25              4) Petitioner filed his new petition for writ of habeas
                   corpus under the new grounds of the Cunningham doctrine
26                 which have no direct nor indirect link to the issues
                   raised in his prior habeas filing and therefore, there
27                 can be no "second or successive petition" issues for the
                   gatekeeper provision of the AEDPA to have any sort of
28                 bearing on what-so-ever.

                                   -1-

5) Petitioner made these claims in the Superior Court of San Diego and won the right to the filing in that and all other courts of law by Petitioner's incorporating each petition and the arguments contained therein with each new filing of the instant petition.

6) Petitioner has also argued the reliance on a new rule of constitutional law and the "substantial" changes in the requirements of the factfinding phase of a trial that was previously unavailable prior to the Cunningham case of 2007 which makes the findings in that case retroactive to cases on collateral review which this Court has apparently overlooked on page four line 24 through page 5 line 14 of the instant petition as well as on page 4 line 12 through page 5 line 2 of the filing in the California Supreme Court or Judge Jones would never have stated that "However, Petitioner has not demonstrated that his claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable as required under section 2244(b)(2)(A)."

Since Petitioner has not raised claims that were heard and decided on the merits in a previous petition, the SUCCESSIVE WRIT doctrine cannot apply. And since Petitioner has not raised any such issues he does not have to ask the permission of the Ninth Circuit Court of Appeals to file the instant petition and the denial of the petition for that reason is an obvious error that needs correcting. Therefore, Petitioner respectfully requests this Court to recall the order denying the petition and reach the merits of the petition before the Petitioner must seek review in the higher courts to reach the merits of this case.

Petitioner respectfully submits this Notice of Error and Request For Reconcideration on this, the 22nd day of December 2007.

*Michael Equels*
Michael Edward Equels - Petitioner
In Propria Persona and In Forma Pauperis