UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO:  ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Jones
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 2/25/2008
CASE NO.: 07cv2074 J (RBB)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Equels v. State of California
DOCUMENT ENTITLED: Second Filing of Notice of Error & Motion for Reconsideration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Motion for Reconsideration still pending (Docket #5).** |

Date forwarded: 2/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: NAPOLEON A. JONES, JR.

Dated: 03/14/2008   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Michael Edward Equels  J-25307
P.O. Box 409040   B-10-164 Low
Ione, Ca. 95640-9040

In Propria Persona
In Forma Pauperis


REJECTED

United States District Court
In and For The Southern District Of California

| | |
|---|---|
| Michael Edward Equels,<br>                Petitioner,<br><br>          vs<br><br>State Of California, et al.,<br>                Respondents | Case Number: 07CV2074 J (RBB)<br><br>Second Filing Of NOTICE OF ERROR<br>AND MOTION FOR RECONSIDERATION |

    Petitioner hereby makes a second filing of the attached notice of error and motion for reconsideration, that was originally sent to this court on the ___ day of December 2007. Since Petitioner has not received a filed copy for his records nor has a ruling on the motion been served on the Petitioner, Petitioner would now wish to ensure the Court has indeed received the motion and therfore, has resubmitted the motion as an attachment for the Court's consideration on this, the 20th day of February, 2008.

                                                          Michael Edward Equels
                                                          Petitioner

///
///
///